AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

GERALD ROYLANCE

*Plaintiff(s)*

v.

ALG REAL ESTATE SERVICES, INC. d/b/a
AMERIFUND LENDING GROUP;
MARK AUGUSTUS; DONECIA LA SHAUN
AUGUSTUS; DOES 1-200

*Defendant(s)*

Civil Action No.  CV 14-02445 PSG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALG Real Estate Services, Inc. d/b/a Amerifund Lending Group
23734 Valencia Blvd Ste 206, Valencia, CA 91355
Mark Augustus
15332 Antioch St Pmb 516, Pacific Palisades, CA 90272
Donecia La Shaun Augustus
15332 Antioch St Pmb 516, Pacific Palisades, CA 90272

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gerald Roylance
1168 Blackfield Way
Mountain View, CA  94040-2305
650 948-1790

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT RICHARD W. WIEKING

Date:  JUL 1 0 2014

*Signature of Clerk or Deputy Clerk*